MARC S. CWIK, ESQ.
Nevada Bar No. 06946
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:   (702) 893-3383
FAX: (702) 893-3789
E-Mail: cwik@lbbslaw.com

*Attorneys for Defendant*
*REAL T. SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor-in-interest to LAWYERS TITLE INSURANCE CORPORATION, a foreign corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>JUSTIN J. GLENN, an individual; GARY GLENN, an individual; REAL T. SOLUTIONS, INC., a Nevada corporation; DOES 1 through X; and ROE BUSINESS ENTITIES XI through XX,<br><br>            Defendants. | CASE NO.  2:12-cv-02086-MMD-VCF |

**<u>DEFENDANT REAL T. SOLUTIONS, INC.'S ANSWER TO COMPLAINT</u>**

COMES NOW Defendant REAL T. SOLUTIONS, INC. (hereinafter referred to as "Real T"), by and through its counsel of record, Marc S. Cwik, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, and responds to the allegations in Plaintiff's Complaint, as follows:

4813-0312-2450.1

# PARTIES

1. Answering Paragraph 1 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

2. Answering Paragraph 2 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

3. Answering Paragraph 3 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

4. Answering Paragraph 4 of Plaintiff's Complaint, Real T admits the allegations therein.

5. Answering Paragraph 5 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

6. Answering Paragraph 6 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

7. There is no Paragraph 7 in Plaintiff's Complaint and, therefore, no response is required. To the extent a response may be required, Real T denies any allegations that may pertain to a Paragraph 7.

8. There is no Paragraph 8 in Plaintiff's Complaint and, therefore, no response is required. To the extent a response may be required, Real T denies any allegations that may pertain to a Paragraph 8.

9. There is no Paragraph 9 in Plaintiff's Complaint and, therefore, no response is required. To the extent a response may be required, Real T denies any allegations that may pertain to a Paragraph 9.

/ / /



## JURISDICTION AND VENUE

10. Answering Paragraph 10 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

11. Answering Paragraph 11 of Plaintiff's Complaint, Real T admits the allegations as they relate to Real T. As they relate to other named defendants, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

12. Answering Paragraph 12 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

13. Answering Paragraph 13 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

## FACTS COMMON TO ALL CAUSES OF ACTION

14. Answering Paragraph 14 of Plaintiff's Complaint, Real T responds by stating that the deed referenced therein, as a written document, speaks for itself and, therefore, no response is required. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

15. Answering Paragraph 15 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

16. Answering Paragraph 16 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

17. Answering Paragraph 17 of Plaintiff's Complaint, Real T responds by stating that the deed of trust referenced therein, as a written document, speaks for

itself and, therefore, no response is required.  To the extent a response may be required, and as to the remaining allegations of Paragraph 17, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

  18. Answering Paragraph 18 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

  19. Answering Paragraph 19 of Plaintiff's Complaint, Real T responds by stating that the title affidavit referenced therein, as a written document, speaks for itself and, therefore, no response is required.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

  20. Answering Paragraph 20 of Plaintiff's Complaint, Real T responds by stating that the owner's affidavit referenced therein, as a written document, speaks for itself and, therefore, no response is required.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

  21. Answering Paragraph 21 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

  22. Answering Paragraph 22 of Plaintiff's Complaint, Real T responds by stating that the owner's affidavit referenced therein, as a written document, speaks for itself and, therefore, no response is required.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

1  23. Answering Paragraph 23 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

24. Answering Paragraph 24 of Plaintiff's Complaint, Real T admits that it conducted a title search on the Property, but denies the remaining allegations contained in Paragraph 24.

25. Answering Paragraph 25 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

26. Answering Paragraph 26 of Plaintiff's Complaint, Real T responds by stating that the trustee's sale guarantee referenced therein, as a written document, speaks for itself and, therefore, no response is required.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

27. Answering Paragraph 27 of Plaintiff's Complaint, Real T responds by stating that the second deed of trust referenced therein, as a written document, speaks for itself and, therefore, no response is required.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

28. Answering Paragraph 28 of Plaintiff's Complaint, Real T responds by stating that the notice of default referenced therein, as a written document, speaks for itself and, therefore, no response is required.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

29. Answering Paragraph 29 of Plaintiff's Complaint, Real T is without



knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

30. Answering Paragraph 30 of Plaintiff's Complaint, Real T denies the allegations contained therein as they relate to Real T. As the allegations relate to other defendants, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

31. Answering Paragraph 31 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies them on that basis.

## FIRST CLAIM FOR RELIEF

**(Fraud/Intentional Misrepresentation against Justin)**

32. Answering Paragraph 32 of Plaintiff's Complaint, Real T repeats and realleges each and every response contained in paragraphs 1 through 31 herein, and incorporates the same by reference as though fully set forth at this point.

33. Answering Paragraph 33 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, denies them on that basis.

34. Answering Paragraph 34 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies them on that basis.

35. Answering Paragraph 35 of Plaintiff's Complaint, Real T responds by

stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies them on that basis.

36. Answering Paragraph 36 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, denies them on that basis.

37. Answering Paragraph 37 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies them on that basis.

38. Answering Paragraph 38 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies them on that basis.

39. Answering Paragraph 39 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T.  To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore,

denies them on that basis.

40. Answering Paragraph 40 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, therefore, denies them on that basis.

## SECOND CLAIM FOR RELIEF

### (Negligent Misrepresentation against Justin and Gary)

41. Answering Paragraph 41 of Plaintiff's Complaint, Real T repeats and realleges each and every response contained in paragraphs 1 through 40 herein, and incorporates the same by reference as though fully set forth at this point.

42. Answering Paragraph 42 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies them on that basis.

43. Answering Paragraph 43 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies them on that basis.

44. Answering Paragraph 44 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies them on that basis.

45. Answering Paragraph 45 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, therefore, denies them on that basis.

46. Answering Paragraph 46 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies them on that basis.

47. Answering Paragraph 47 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, denies them on that basis.

### THIRD CLAIM FOR RELIEF
**(Breach of Contract against Justin)**

48. Answering Paragraph 48 of Plaintiff's Complaint, Real T repeats and realleges each and every response contained in paragraphs 1 through 47 herein, and incorporates the same by reference as though fully set forth at this point.

49. Answering Paragraph 49 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response

1  may be required, Real T is without knowledge or information sufficient to form a
2  belief as to the truth of the allegations contained in Paragraph 49 and, therefore,
3  denies them on that basis.

4     50.   Answering Paragraph 50 of Plaintiff's Complaint, Real T responds by
5  stating that the allegations contained therein are directed at defendants other than
6  Real T, and therefore no response is required of Real T.  To the extent a response
7  may be required, Real T is without knowledge or information sufficient to form a
8  belief as to the truth of the allegations contained in Paragraph 50 and, therefore,
9  denies them on that basis.

10    51.   Answering Paragraph 51 of Plaintiff's Complaint, Real T responds by
11 stating that the allegations contained therein are directed at defendants other than
12 Real T, and therefore no response is required of Real T.  To the extent a response
13 may be required, Real T is without knowledge or information sufficient to form a
14 belief as to the truth of the allegations contained in Paragraph 51 and, therefore,
15 denies them on that basis.

16    52.   Answering Paragraph 52 of Plaintiff's Complaint, Real T responds by
17 stating that the allegations contained therein are directed at defendants other than
18 Real T, and therefore no response is required of Real T.  To the extent a response
19 may be required, Real T is without knowledge or information sufficient to form a
20 belief as to the truth of the allegations contained in Paragraph 52 and, therefore,
21 denies them on that basis.

22    53.   Answering Paragraph 53 of Plaintiff's Complaint, Real T responds by
23 stating that the allegations contained therein are directed at defendants other than
24 Real T, and therefore no response is required of Real T.  To the extent a response
25 may be required, Real T is without knowledge or information sufficient to form a
26 belief as to the truth of the allegations contained in Paragraph 53 and, therefore,
27 denies them on that basis.

28    54.   Answering Paragraph 54 of Plaintiff's Complaint, Real T responds by

stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies them on that basis.

55. Answering Paragraph 55 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies them on that basis.

56. Answering Paragraph 56 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies them on that basis.

## **FOURTH CLAIM FOR RELIEF**

**(Breach of the Implied Covenant of Good Faith and Fair Dealing against Justin)**

57. Answering Paragraph 57 of Plaintiff's Complaint, Real T repeats and realleges each and every response contained in paragraphs 1 through 56 herein, and incorporates the same by reference as though fully set forth at this point.

58. Answering Paragraph 58 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore,

1 denies them on that basis.

2     59.    Answering Paragraph 59 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, denies them on that basis.

    60.    Answering Paragraph 60 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies them on that basis.

    61.    Answering Paragraph 61 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies them on that basis.

    62.    Answering Paragraph 62 of Plaintiff's Complaint, Real T responds by stating that the allegations contained therein are directed at defendants other than Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies them on that basis.

### **FIFTH CLAIM FOR RELIEF**
### **(Unjust Enrichment against Justin)**

    63.    Answering Paragraph 63 of Plaintiff's Complaint, Real T repeats and

1  realleges each and every response contained in paragraphs 1 through 62 herein, and
2  incorporates the same by reference as though fully set forth at this point.

3      64.    Answering Paragraph 64 of Plaintiff's Complaint, Real T responds by
4  stating that the allegations contained therein are directed at defendants other than
5  Real T, and therefore no response is required of Real T.  To the extent a response
6  may be required, Real T is without knowledge or information sufficient to form a
7  belief as to the truth of the allegations contained in Paragraph 64 and, therefore,
8  denies them on that basis.

9      65.    Answering Paragraph 65 of Plaintiff's Complaint, Real T responds by
10  stating that the allegations contained therein are directed at defendants other than
11  Real T, and therefore no response is required of Real T.  To the extent a response
12  may be required, Real T is without knowledge or information sufficient to form a
13  belief as to the truth of the allegations contained in Paragraph 65 and, therefore,
14  denies them on that basis.

15      66.    Answering Paragraph 66 of Plaintiff's Complaint, Real T responds by
16  stating that the allegations contained therein are directed at defendants other than
17  Real T, and therefore no response is required of Real T.  To the extent a response
18  may be required, Real T is without knowledge or information sufficient to form a
19  belief as to the truth of the allegations contained in Paragraph 66 and, therefore,
20  denies them on that basis.

21      67.    Answering Paragraph 67 of Plaintiff's Complaint, Real T responds by
22  stating that the allegations contained therein are directed at defendants other than
23  Real T, and therefore no response is required of Real T.  To the extent a response
24  may be required, Real T is without knowledge or information sufficient to form a
25  belief as to the truth of the allegations contained in Paragraph 67 and, therefore,
26  denies them on that basis.

27      68.    Answering Paragraph 68 of Plaintiff's Complaint, Real T responds by
28  stating that the allegations contained therein are directed at defendants other than

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-0312-2450.1    13

Real T, and therefore no response is required of Real T. To the extent a response may be required, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, therefore, denies them on that basis.

## SIXTH CLAIM FOR RELIEF

### (Professional Negligence against Real T)

69. Answering Paragraph 69 of Plaintiff's Complaint, Real T repeats and realleges each and every response contained in paragraphs 1 through 68 herein, and incorporates the same by reference as though fully set forth at this point.

70. Answering Paragraph 70 of Plaintiff's Complaint, Real T is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, therefore, denies them on that basis.

71. Answering Paragraph 71 of Plaintiff's Complaint, Real T denies the allegations contained therein.

72. Answering Paragraph 72 of Plaintiff's Complaint, Real T denies the allegations contained therein.

73. Answering Paragraph 73 of Plaintiff's Complaint, Real T denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every cause of action contained therein, fails to allege facts sufficient to state a cause of action against Real T.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is not the real party in interest and/or lacks standing to prosecute the claims alleged in Plaintiff's Complaint against Real T.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed in its entirety, because Plaintiff has failed to name a necessary and/or indispensable party as required by NRCP 19 for

just adjudication of this action.

### FOURTH AFFIRMATIVE DEFENSE

The damages, if any, suffered by Plaintiff were caused in whole or in part by the negligent or willful acts or omissions of parties over whom Real T had no control, nor any right to control.

### FIFTH AFFIRMATIVE DEFENSE

Any damages incurred by Plaintiff are the result of Plaintiff's own negligence, or the negligence of Plaintiff's agent(s), and such negligence was greater than the alleged negligence, if any, of Real T; therefore, Real T is not responsible for Plaintiff's alleged damages.  Alternatively, Plaintiff's alleged damages, if any, must be reduced by the amount of the comparative negligence of Plaintiff or Plaintiff's agent(s).

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its alleged losses, injuries and/or damages.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant Real T owed no duties to Plaintiff as alleged and, as such, cannot be the proximate cause of Plaintiff's damages, if any.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff knowingly, voluntarily and unreasonably undertook to encounter each of the risks and hazards, if any, referred to in Plaintiff's Complaint and each alleged cause of action therein, and this undertaking proximately caused and contributed to any loss, injury or damages allegedly incurred by Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

The alleged damages claimed by Plaintiff, if any, are speculative, nor supported by proof, and not compensable as a matter of law.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting its claims against Real T.

/ / /

4813-0312-2450.1

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has knowingly waived, by verbal expression and/or conduct, any known rights or claims it asserts against Real T in this matter.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is barred by the doctrines of release and satisfaction.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is barred by the doctrine of unclean hands.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is barred by the applicable statutes of limitation and/or the doctrine of laches.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims against Real T are not ripe and, therefore, should be dismissed.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendant Real T is entitled to an offset of any amounts paid to Plaintiff for damages allegedly sustained in this action, including any and all amounts paid by or on behalf of any tortfeasor, against any amounts that may be owed by Real T to Plaintiff.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Defendant Real T acted reasonably and in good faith under the circumstances known to it.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to plead a valid claim upon which an award of attorney's fees or costs may be based.

**NINETEENTH AFFIRMATIVE DEFENSE**

Plaintiff's action is barred by the doctrine of *caveat emptor* and/or assumption of risk.

/ / /

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's action is barred by the Plaintiff's failure to exercise due diligence.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Real T hereby incorporates by reference those affirmative defenses enumerated in Fed. R. Civ. P. 8(c) as if fully set forth herein.  In the event further investigation or discovery reveals the applicability of any such defenses, Real T reserves the right to seek leave of court to amend its Answer to specifically assert any such defense(s).  Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Real T's Answer, and, therefore, Real T reserves the right to amend its Answer to allege additional affirmative defenses if subsequent investigation and/or discovery so warrants.

WHEREFORE, Defendant Real T prays for the following relief:

1. That Plaintiff take nothing by way of its Complaint;
2. That Plaintiff's Complaint be dismissed in its entirety, with prejudice;
3. That Real T be awarded its costs and attorney's fees in defending this matter; and

///
///
///
///
///
///
///
///

4. For such other further relief the Court deems just and proper in the premises.

DATED this 11th day of February, 2013.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  */s/ Marc S. Cwik*
MARC S. CWIK, ESQ. (Bar No. 6946)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 693-4374
*Attorneys for Defendant*
*REAL T. SOLUTIONS, INC.*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 11th day of February, 2013, I did cause a true copy of the foregoing **DEFENDANT REAL T. SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** to be served via the CM/ECF electronic system to all parties on the service list.

By   */s/ Peggy Kurilla*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP