```
FILED  ✓        RECEIVED ___
ENTERED ___     SERVED ON ___
        COUNSEL/PARTIES OF RECORD

        MAR 19 2013

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: KK                  DEPUTY
```

*In Pro Per*

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

Justin J. Glenn
an individual
  Plaintiff,

CASE NO.: 2:12-CV-02086-MMD-VCF

vs.

DEPT. NO.:

Fidelity National tittle Insurance Company
  Defendant.
_____/

**ANSWER TO COMPLAINT**

_____ and Justin Glenn answer the Complaint filed by Plaintiff, Fidelity National tittle Insurance as follows:

1. Defendants lack sufficient information or belief upon which to answer paragraphs #1 through #47 _____

and upon that basis, deny each and every allegation contained therein.

///

///

///

///

///

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants pray as follows:

1. That Plaintiff take nothing by way of its Complaint;
2. For fees and costs of suit;
3. For such other and further relief as the court may deem just and proper.

DATED this _19_ day of _March_, 2~~010~~ 2013.


|   |   |
|---|---|
| 1 | **AFFIRMATION OF** |
| 2 | **SOCIAL SECURITY NUMBER** Pursuant to NRS 239B.030 |
| 3 | The undersigned, _____ and Justin J Glem do hereby affirm that the Answer to |
| 4 | Complaint does not contain the social security number of any person. |

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) I certify that I am over the age of 18 years, and that on the date referenced below, I deposited for mailing in Reno, Nevada with First Class postage prepaid thereon, and/or caused to be hand-delivered, a true and correct copy of the foregoing ANSWER TO COMPLAINT enclosed in a sealed envelope and addressed to each party listed below.

Christina H. Wang
2250 St. Rose Pkwy
Ste. 150
Henderson, NV, 89074

DATED this _19_ day of _March_, 2013

_____
Signature of person making delivery

- 4 -