MARC S. CWIK, ESQ.
Nevada Bar No. 006946
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:   702.893.3383
FAX:   702.893.3789
E-Mail: cwik@lbbslaw.com
E-Mail: cgrames@lbbslaw.com

*Attorneys for Defendant*
*REAL T. SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor-in-interest to LAWYERS TITLE INSURANCE CORPORATION, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN J. GLENN, an individual; GARY GLENN, an individual; REAL T. SOLUTIONS, INC., a Nevada corporation; DOES 1 through X; and ROE BUSINESS ENTITIES XI through XX,<br><br>Defendants. | CASE NO.  2:12-cv-02086-APG-VCF<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT AS TO DEFENDANT REAL T. SOLUTIONS, INC.** |

**WHEREAS**, Plaintiff FIDELITY NATIONAL TITLE INSURANCE COMPANY ("Fidelity National") and Defendant REAL T. SOLUTIONS, INC. ("Real T") have jointly moved this Court for an Order dismissing Real T from this matter with prejudice [Doc. #27], and the Court, having been advised that Fidelity National and Real T have reached resolution of Fidelity National's Complaint as against Real T herein, the Court finds as follows:

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4831-2271-1061.1

1    There is no just reason for delay.  Final judgment should be, and hereby is, entered as to

2  Real T pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 54(b), fully and finally dismissing

3  and discharging it from this action with prejudice.  Fidelity National and Real T shall bear their

4  own attorneys' fees and costs incurred to date.

5        **IT IS HEREBY ORDERED AND ADJUDGED** that, under and pursuant to Fed. R. Civ.

6  P. 41(a)(2) and Fed. R. Civ. P. 54(b), Real T is hereby fully and finally dismissed and discharged

7  from this action with prejudice.  Fidelity National and Real T shall bear their own attorneys' fees

8  and costs incurred to date.

9        **SO ORDERED AND ADJUDGED**, this  18th  day of September, 2013.

10

11        _____

12              UNITED STATES DISTRICT JUDGE

13

14    **SUBMITTED AND AGREED TO BY:**

15

16  DATED this 17th day of September, 2013          DATED this 17th day of September, 2013

17     FIDELITY NATIONAL LAW GROUP          LEWIS BRISBOIS BISGAARD & SMITH, LLP

18

19  By *Christina H. Wang*                By *Marc S. Cwik*

20  CHRISTINA H. WANG, ESQ.              MARC S. CWIK, ESQ.
   Nevada Bar No. 009713                Nevada Bar No. 006946

21  2450 St. Rose Pkwy, Suite 150          CHERYL A. GRAMES, ESQ.
   Henderson, NV  89074                Nevada Bar No. 012752

22  Tel. 702.667.3000                  6385 S. Rainbow Boulevard, Suite 600
   *Attorneys for FIDELITY NATIONAL*      Las Vegas, NV 89118

23  *TITLE INSURANCE COMPANY*          Tel. 702.893.3383
                                 *Attorneys for REAL T. SOLUTIONS, INC.*

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW