MARC S. CWIK, ESQ.
Nevada Bar No. 006946
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:   702.893.3383
FAX:   702.893.3789
E-Mail: cwik@lbbslaw.com
E-Mail: cgrames@lbbslaw.com

*Attorneys for Defendant*
*REAL T. SOLUTIONS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor-in-interest to LAWYERS TITLE INSURANCE CORPORATION, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN J. GLENN, an individual; GARY GLENN, an individual; REAL T. SOLUTIONS, INC., a Nevada corporation; DOES 1 through X; and ROE BUSINESS ENTITIES XI through XX,<br><br>Defendants. | CASE NO. 2:12-cv-02086-APG-VCF<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT AS TO DEFENDANT REAL T. SOLUTIONS, INC.** |

**WHEREAS**, Plaintiff FIDELITY NATIONAL TITLE INSURANCE COMPANY ("Fidelity National") and Defendant REAL T. SOLUTIONS, INC. ("Real T") have jointly moved this Court for an Order dismissing Real T from this matter with prejudice [Doc. #27], and the Court, having been advised that Fidelity National and Real T have reached resolution of Fidelity National's Complaint as against Real T herein, the Court finds as follows:

/ / /

/ / /

4831-2271-1061.1

There is no just reason for delay. Final judgment should be, and hereby is, entered as to Real T pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 54(b), fully and finally dismissing and discharging it from this action with prejudice. Fidelity National and Real T shall bear their own attorneys' fees and costs incurred to date.

**IT IS HEREBY ORDERED AND ADJUDGED** that, under and pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 54(b), Real T is hereby fully and finally dismissed and discharged from this action with prejudice. Fidelity National and Real T shall bear their own attorneys' fees and costs incurred to date.

**SO ORDERED AND ADJUDGED**, this 18th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED AND AGREED TO BY:**

| | |
|---|---|
| DATED this 17th day of September, 2013 | DATED this 17th day of September, 2013 |
| FIDELITY NATIONAL LAW GROUP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| By *Christina H. Wang* | By *Marc S. Cwik* |
| CHRISTINA H. WANG, ESQ. | MARC S. CWIK, ESQ. |
| Nevada Bar No. 009713 | Nevada Bar No. 006946 |
| 2450 St. Rose Pkwy, Suite 150 | CHERYL A. GRAMES, ESQ. |
| Henderson, NV 89074 | Nevada Bar No. 012752 |
| Tel. 702.667.3000 | 6385 S. Rainbow Boulevard, Suite 600 |
| *Attorneys for FIDELITY NATIONAL TITLE INSURANCE COMPANY* | Las Vegas, NV 89118 |
| | Tel. 702.893.3383 |
| | *Attorneys for REAL T. SOLUTIONS, INC.* |



4831-2271-1061.1

2