CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Tel: (702) 667-3000
Fax: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Plaintiff Fidelity National Title Insurance Company, successor-in-interest to Lawyers Title Insurance Corporation*
L62588

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor-in-interest to LAWYERS TITLE INSURANCE CORPORATION, a foreign corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>JUSTIN J. GLENN, an individual; GARY GLENN, an individual; REAL T. SOLUTIONS, INC., a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES XI through XX;<br><br>   Defendants. | Case No.: 2:12-cv-02086-MMD-VCF<br><br>**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GARY GLENN** |

Plaintiff FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor-in-interest to LAWYERS TITLE INSURANCE CORPORATION (hereinafter jointly referred to as "Plaintiff"), by and through its attorneys of record, the Fidelity National Law Group, and pursuant to Rule 55(b)(1) hereby moves the Court that judgment by default be entered against Defendant GARY GLENN. The defendant was served with the summons and complaint on January 12, 2013. No answer has been filed by the defendant and the defendant is not incompetent, an infant, and was not served by publication.

Plaintiff filed an Application for Entry of Default on February 7, 2013. Defendant still failed to appear or otherwise plead. The Affidavit of Service is attached hereto as **Exhibit 1**. As a result, the default is effective under Rule 55(a), Federal Rules of Civil Procedure. The amount of Plaintiff's claim is for a sum certain.

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 4

Specifically, Plaintiff requests this Court to award it damages in the principal amount of $163,000.00, as a result of Defendant's Negligent Misrepresentation.

Wherefore, Plaintiff respectfully requests this Court enter a Judgment against Defendant and for the amounts set forth in the Judgment submitted herewith.

DATED this 3rd day of March, 2014.   FIDELITY NATIONAL LAW GROUP

*Christina H. Wang*

Christina H. Wang, Esq.
Nevada Bar No. 9713
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Attorneys for Plaintiff Fidelity
National Title Insurance Company,
successor-in-interest to Lawyers Title
Insurance Corporation

# AFFIDAVIT OF CHRISTINA H. WANG, ESQ.
# IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

I, CHRISTINA H. WANG, ESQ., do hereby swear under penalty of perjury that the following assertions are true to the best of my knowledge and belief and as provided to me by my client:

1. Affiant is the attorney of record for Plaintiff in the above-entitled matter.

2. The Summons of Plaintiff's Complaint was issued to Gary Glenn on January 4, 2013.

3. The Affidavit of Service reflects that Defendant Gary Glenn was personally served on January 12, 2013 attached hereto as **Exhibit 1**.

4. Defendant Gary Glenn failed to answer or otherwise respond to Plaintiff's Complaint as required by said Summons and as provided by the Federal Rules of Civil Procedure.

5. Plaintiff was damaged in the amount of $163,000.00. Please see the cover letter and a copy of the check attached hereto as Exhibit 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 3rd day of March, 2014.

_____
CHRISTINA H. WANG, ESQ.

SUBSCRIBED AND SWORN to before Me this 3rd day of MARCH, 2014.

_____
NOTARY PUBLIC

NOTARY PUBLIC
MIA HURTADO
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. MAY 8, 2014
No: 98-2024-1

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GARY GLENN** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

Gary Glenn
605 Freeman Ave.
Las Vegas, Nevada 89106

DATED: 3/13/2014

_Wayne Willis_
An employee of Fidelity National Law Group

**EXHIBIT 1**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, successor-in-interest to LAWYERS TITLE INSURANCE CORPORATION, a foreign corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JUSTIN J. GLENN, an individual; GARY GLENN, an individual; REAL T.SOLUTIONS, INC., a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES XI through XX; <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:12-cv-02086-MMD-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gary Glenn
605 Freeman Avenue
Las Vegas, Nevada 89106-2719

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fidelity National Law Group
Christina H. Wang, Esq.
2250 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

1/4/13
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* and Complaint GARY GLENN

was received by me on *(date)* JANUARY 9, 2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* BARBARA GLENN wife at 605 Freeman Ave Las Vegas, NV 89106, a person of suitable age and discretion who resides there,

on *(date)* JANUARY 12, 2013, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 65.00 for services, for a total of $ 65.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 1/15/13

*Server's signature*
GENICE O. ROJAS - REGISTRATION # R052713

*Printed name and title*
Robert D. Lawson Investigations, LLC
1148 S Maryland Pkwy
Las Vegas NV 89104
License # 1027

*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT 2**



Commonwealth Land Title Insurance Company
Omaha Claims Center
6601 Frances Street
Omaha, NE 68106
Direct: 402.498.7000
Fax: 402.498.7898
Toll Free: 888.453.4095

May 4th, 2012

Steve Shevorski
Akerman Senterfitt LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144

RE:   Claim No. 364369

Mr. Shevorski:

Attached please find Check No. 10118301 for $163,000.00 in payment to Bank of America as full payment on the above-referenced title claim. Should you have any questions or comments, feel free to contact Scott Walls at 402-970-3974 or via email at Scott.Walls@fnf.com.

Very truly yours,

Clint R. Blome
Assistant to Scott Walls

**Fidelity National Title Ins. Co.**    10118301

| VENDOR NO: | 3273 | NAME: | BANK OF AMERICA, N.A. | | CHECK DATE: | 5/3/2012 |
|---|---|---|---|---|---|---|
| REFERENCE | INV DATE | CLAIM NUMBER | | GROSS AMOUNT | DISCOUNT TAKEN | NET AMOUNT PAID |
| TR757860 | 5/3/2012 | 364369 | | 163,000.00 | 0.00 | 163,000.00 |
| | | | TOTAL > | 163,000.00 | 0.00 | 163,000.00 |

*** COPY ***

**Fidelity National Title Ins. Co.**    10118301

| VENDOR NO: | 3273 | NAME: | BANK OF AMERICA, N.A. | | CHECK DATE: | 5/3/2012 |
|---|---|---|---|---|---|---|
| REFERENCE | INV DATE | CLAIM NUMBER | | GROSS AMOUNT | DISCOUNT TAKEN | NET AMOUNT PAID |
| TR757860 | 5/3/2012 | 364369 | | 163,000.00 | 0.00 | 163,000.00 |
| | | | TOTAL > | 163,000.00 | 0.00 | 163,000.00 |

---

THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

Fidelity National Title Ins. Co.
601 Riverside Avenue
Bldg. 5, 6th Floor
Jacksonville, FL 32204  (904) 854-5082

Harris Trust and Savings Bank
Roselle, IL
70-1558/719

10118301

DATE: 5/3/2012
AMOUNT: ***163,000.00

PAY  One Hundred Sixty-Three Thousand and 00/100*****

TO THE ORDER OF:  BANK OF AMERICA, N.A.

*Signature: David K. Murphy*

CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS.

⑴"10118301"⑴  ⑴:071915580⑴:  04⑴317⑴465⑴3⑴   ⑴"0016300000⑴"