1  CHRISTINA H. WANG, ESQ.
   Nevada Bar No. 9713
2  FIDELITY NATIONAL LAW GROUP
   2450 St. Rose Pkwy., Ste. 150
3  Henderson, Nevada 89074
   Tel:  (702) 667-3000
4  Fax: (702) 697-2020
   Email:  christina.wang@fnf.com
5  *Attorneys for Plaintiff Fidelity*
   *National Title Insurance Company,*
6  *successor-in-interest to Lawyers Title*
   *Insurance Corporation*
7  L62588

8                 **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10 FIDELITY NATIONAL TITLE INSURANCE      )   Case No.: 2:12-cv-02086-MMD-VCF
   COMPANY, successor-in-interest to LAWYERS )
11 TITLE INSURANCE CORPORATION, a foreign  )
   corporation,                            )
12                                         )
                            Plaintiff,     )   **STIPULATED JUDGMENT**
13        vs.                              )
                                           )
14 JUSTIN J. GLENN, an individual; GARY    )
   GLENN, an individual;                   )
15                                         )
                            Defendants.    )
16 _____ )

17

18        Comes now the Plaintiff, by and though counsel undersigned and Defendant, Justin J.

19 Glenn, appearing pro se, stipulating and agreeing as follows:

20        Judgment shall be granted in the amount of $82,000.00 against Defendant Justin J.

21 Glenn and for Plaintiff, Fidelity National Title Insurance Company to be paid in accordance

22 with the following terms:

23        Beginning November 15, 2014 and continuing monthly thereafter, Defendant Justin J.

24 Glenn shall remit monthly payments of two hundred seventy-five dollars ($275.00) to Plaintiff

25 by mailing payments to Fidelity National Law Group, 2355 E. Camelback Road, Ste. 900,

26 Phoenix, AZ 85016. Payments shall be made until the amount of eighty-two thousand dollars

27 ($82,000.00) has been paid to Plaintiff. Payments are due on the fifteenth day of the month and

28 deemed late on the first day of the following month.

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

1    Should Defendant not make a full $275.00 payment and after the 15 day default grace

2 period and after the additional 15 day mailed notice of default, the outstanding principal

3 balance at that time shall have $81,000.00 added to it, to reflect the full amount of Plaintiff's

4 claim, and the full amount shall be immediately due and payable with post-judgment interest at

5 2.50% and Plaintiff may proceed with post-judgment collection.

6    The parties further agree that Gary Glenn shall be dismissed with prejudice from this

7 case.

8 Dated October  22  , 2014

9

10  /s/ Christina H. Wang

   Christina H. Wang                 Justin Glenn

11 Fidelity National Law Group     Defendant, pro per

   Attorneys for Plaintiff

12

13

14 THE COURT having read and reviewed the parties' stipulation and finding good cause

15 appearing:

16 Dated: October 24, 2014      IT IS SO ORDERED

17

18                       UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 2 of 2